IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| AMELIA YOUNG<br>*Plaintiff,* | §<br>§<br>§ | |
| v. | §<br>§ | CIVIL ACTION NO. 7:16-cv-435 |
| NATIONWIDE PROPERTY AND<br>CASUALTY INSURANCE COMPANY<br>*Defendant.* | §<br>§<br>§<br>§ | |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Amelia Young ("Plaintiff") and Defendant Nationwide Property and Casualty Insurance Company ("Defendant") hereby file this Agreed Stipulation of Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1. Plaintiff filed suit against Defendant related to an insurance claim for property damage allegedly caused by a hailstorm which occurred on or about March 26, 2015.

2. Plaintiff and Defendant have since resolved their differences to their mutual satisfaction.

3. Plaintiff moves to dismiss the entire suit with prejudice. Defendant agrees to the dismissal.

4. This case is not a class action, and a receiver has not been appointed.

5. This dismissal is with prejudice. The parties will bear their own costs of suit.

Respectfully submitted,

| | |
|---|---|
| _____<br>John A. Millin, IV<br>Texas Bar No. 24005166<br>Federal ID No. 24026<br>john@millinmillin.com<br>Millin & Millin, PLLC<br>4107 N. 22nd Street<br>McAllen, Texas 78504<br>(956) 631-5600<br>(956) 631-5605 – Facsimile<br><br>**ATTORNEYS FOR PLAINTIFF**<br>**AMELIA YOUNG** | /s/ Patrick M. Kemp<br>Patrick M. Kemp<br>Texas Bar No. 24043751<br>pkemp@smsm.com<br>Robert G. Wall<br>Texas Bar No. 24072411<br>rwall@smsm.com<br>Robert R. Russell<br>Texas Bar No. 24056246<br>rrussell@smsm.com<br>Lauren L. Burgess<br>Texas Bar No. 24082751<br>lburgess@smsm.com<br>Segal McCambridge Singer & Mahoney<br>100 Congress Avenue, Suite 800<br>Austin, Texas 78701<br>(512) 476-7834<br>(512) 476-7832 – Facsimile<br><br>**ATTORNEYS FOR DEFENDANT**<br>**ALLIED PROPERTY AND CASUALTY**<br>**INSURANCE COMPANY** |

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been served electronically via CM/ECF on this the 27th of October, 2017 to:

John A. Millin, IV
Millin & Millin, PLLC
4107 N. 22nd Street
McAllen, Texas 78504

/s/ Patrick M. Kemp
Patrick M. Kemp

2